# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH REED, DECEASED, DONNA PALLADINO, EXECUTOR OF THE ESTATES OF JOSEPH REED AND ALICE REED DECEASED,

    Petitioners

    v.

WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC. AND IT'S SUCCESSOR IN INTEREST HONEYWELL, INC. AND TRAVELERS INSURANCE CO.),

    Respondents

: No. 427 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.